On petition for review filed April 29, 1999,* petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration October 25, 2001

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## WENDY LOUISE RILEY,
*Petitioner on Review.*

### (CC 97-CR-0081-AB; CA A98342; SC S46399)

34 P3d 167

Jesse Wm. Barton, Deputy Public Defender, Salem, filed the petition for petitioner on review. With him on the petition was David E. Groom, State Public Defender.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs, and De Muniz, Justices.**

### MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fugate*, 332 Or 195, 26 P3d 802 (2001).

---

\* On appeal from Deschutes County Circuit Court, Alta J. Brady, Judge. 158 Or App 649, 976 P2d 79 (1999).

\*\* Van Hoomissen, J., retired December 31, 2000, and did not participate in the decision of this case; Kulongoski, J., resigned June 14, 2001, and did not participate in the decision of this case. Balmer, J., did not participate in the consideration or decision of this case.